CHARLES E. W. SMITH, Appellant, *v.* WESTERN PACIFIC
RAILWAY COMPANY, Respondent.

*Smith* v. *Western Pacific Railway Co.*, 154 App. Div. 130, appeal
dismissed.
(Submitted September 28, 1914; decided October 13, 1914.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered July 11, 1913, affirming a
judgment in favor of defendant entered upon a dismissal
of the complaint by the court at a Trial Term in an action
to recover for services.

The motion was made upon the ground that the
time to appeal had expired before notice thereof was
served.

*William R. Begg* for motion.

*James R. Sloane* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.